# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF WYOMING

| | |
|---|---|
| NADOWESSIOUX PROPERTIES, LTD., a Texas limited partnership and CHARLES M. HADEN, JR. individually<br><br>Plaintiffs,<br><br>vs.<br><br>BONTECOU CONSTRUCTION, INC., a Wyoming corporation and STEVE BONTECOU, individually.<br><br>Defendants. | Civil Action No. _____<br><br>(Relates to bankruptcy case no. 10-41418 pending before the U.S. Bankruptcy Court in the S.D. of Texas) |

## ORDER ON REMOVAL

Came on for consideration plaintiff's notice of removal filed pursuant to 28 U.S.C. § 1452(a). It is therefore

ORDERED that the Court has jurisdiction over all parties to the above-styled proceeding and over the subject matter of the removed state court action; it is further

ORDERED that the Judicial District Court for the Ninth Judicial District of Teton County, Wyoming should proceed no further in case number 14630 unless and until the removed proceeding is remanded to it; it is further

ORDERED that plaintiff shall, within ten days of receipt of this order, file with the Clerk of this Court a copy of the entire state court record and proceedings; it is further

ORDERED that plaintiff shall notify the Judicial District Court for the Ninth Judicial District of Teton County, Wyoming of the removal of this proceeding; and it is further

1

ORDERED that the Clerk of this Court shall serve by mail a copy of this signed order to the parties and to the Judicial District Court for the Ninth Judicial District of Teton County, Wyoming at the following addresses:

Andrea L. Richard
The Richard Law Firm, P.C.
199 E. Pearl Ave., Suite 102
P.O. Box 1245
Jackson, WY 83001
Attorney for Defendants

Mr. Charles M. Haden
Nadowessioux Properties, Ltd.
764 Kuhlman Rd.
Houston, TX 77024

Annie Catmull
Edward Rothberg
5847 San Felipe, Ste. 2200
Houston, Texas 77057
Bankruptcy counsel for plaintiff

Mark D. Sullivan
5237 HHR Ranch Road
Wilson, Wyoming 83014
Special bankruptcy counsel for plaintiff

Teton County Courthouse
180 South King Street
P.O. Box 4460
Jackson, WY 83001

SIGNED on _____, 2010.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

Mark D. Sullivan
5237 HHR Ranch Road
Wilson, Wyoming 83014