U.S. FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 31 2011

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NADOWESSIOUX PROPERTIES, LTD., a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>BONTECOU CONSTRUCTION, INC., a Wyoming corporation, and STEVE BONTECOU, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 10-CV-280-J<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING MOTION TO SEVER CHARLES HADEN AS MOOT

The "Motion to Sever Charles Haden" (Docket Entry 27) was filed by Bontecou Construction, Inc. Because this Court has entered its order transferring the above captioned matter to the United States Bankruptcy Court for the Southern District of Texas, Houston Division, it is hereby

**ORDERED** that the Motion to Sever Charles Haden (Docket Entry 27) shall be, and is, **DENIED AS MOOT.**

Dated this 31st day of January 2010.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE