IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NADOWESSIOUX PROPERTIES, LTD. | § § § | CASE NO. 10-41418-H5-11 |
| | § | |
| DEBTOR-IN-POSSESSION | § | |
| | | |
| NADOWESSIOUX PROPERTIES, LTD., a Texas limited partnership, and CHARLES M. HADEN, JR., individually | § § § § § | |
| | § | Adversary proc. no. 11-03070 |
| Plaintiffs, | § § | |
| | § | (formerly civil action no. 2:10-cv-00280 |
| | § | transferred from the USDC for the District |
| vs. | § | of Wyoming) |
| | § § | |
| BONTECOU CONSTRUCTION, INC. a Wyoming corporation | § § § § | |
| Defendants. | § § § § § § | |

## ORDER GRANTING PLAINTIFF NADOWESSIOUX PROPERTIES, LTD.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Came for consideration Plaintiff, Nadowessioux Properties, Ltd.'s Motion for an Order Granting Partial Summary Judgment ("Motion"). The Motion has merit. It is therefore

ORDERED that the Motion is granted and the alleged mechanic's lien that is the basis of Bontecou Construction's proof of claim is unsecured in its entirety.

Signed: _____

_____
U.S. BANKRUPTCY JUDGE

1